**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2174

JOHN L. HINES, III,

Plaintiff - Appellant,

versus

JOYCE FULLER,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-94-1016-AW)

Submitted:  October 23, 1997      Decided:  November 21, 1997

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jennifer Evans, Ralph Edward Hall, Jr., Rockville, Maryland, for
Appellant.  Joyce Fuller, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action seeking the recovery of personal property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hines v. Fuller</u>, No. CA-94-1016-AW (D. Md. May 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>